(71 South. 240)

No. 21775.

STATE v. COURIS.

(March 6, 1916.)

Appeal from First Judicial District Court, Parish of Caddo; T. F. Bell, Judge.

Tony Couris was convicted of a public offense, and he appeals. Verdict and sentence annulled, and defendant ordered discharged.

Scheen & Blanchard, of Shreveport, for appellant. R. G. Pleasant, Atty. Gen., and Wm. A. Mabry, Dist. Atty., and S. I. Foster, Asst. Dist. Atty., both of Shreveport (G. A. Gondran, of New Orleans, of counsel), for the State.

LAND, J. For the reasons assigned in the recent case of State of Louisiana v. Mike Milano (No. 21770) 71 South. 131,[1] the verdict and sentence appealed from are annulled, and it is ordered that the defendant be discharged.

PROVOSTY, J., takes no part.